UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ZEBEDEE LOTT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1390** |
| **JEFFERY TRAVIS, WARDEN RCC** | **SECTION "I"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Zebedee Lott, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Zebedee Lott's petition for issuance of a Writ of Habeas Corpus, pursuant to Title 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of November, 2008.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**